IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| MAURLANNA BRAXTON, *et al* | * | |
| Plaintiffs | * | |
| v. | * | Case No: 1:15-cv-03661-ELH |
| ELDORADO LOUNGE, INC., *et al* | * | |
| Defendants | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*

## ANSWER OF FOUR ONE FOUR, LLC TO COMPLAINT

Four One Four, LLC, Defendant by Peter A. Prevas, its attorney in answer to the Complaint filed against it states:

1. Defendant admits the allegations contained in paragraph 1 of the Complaint that Plaintiff is an adult resident of Baltimore City, Maryland. Defendant denies the balance of the allegations contained in paragraph 1 of the Complaint.

2. Defendant admits the allegations contained in paragraph 2 of the Complaint that Eldorado Lounge, Inc. is a Maryland Corporation with its principal place of business in Baltimore City, Maryland operating the Eldorado Lounge. Defendant denies that Eldorado Lounge, Inc. operates the King and Diamonds Gentlemen's Club.

3. Defendant admits the allegations contained in paragraph 3 of the Complaint that Four One Four, LLC is a Maryland Limited Liability Company with its principal place of business in Baltimore City, Maryland operating the King and Diamonds Gentlemen's Club. Defendant denies that it operates the Four One Four, LLC operates the Eldorado Lounge, Inc..

4. Defendant denies the allegations contained in paragraph 4 of the Complaint.

5. Defendant denies the allegations contained in paragraph 5 of the Complaint.

6. Defendant denies the allegations contained in paragraph 6 of the Complaint.

7. Defendant denies the allegations contained in paragraph 7 of the Complaint.

8. Defendant admits the allegations contained in paragraph 8 of the Complaint. In further answer, Defendant, Eldorado Lounge, Inc. does not classify exotic dancers at Kings and Diamonds and Defendant, Four One Four, LLC does not classify exotic dancers at Eldorado Lounge as the entities operate separate and distinct businesses.

9. Defendant denies the allegations contained in paragraph 9 of the Complaint.

10. Defendant denies the allegations contained in paragraph 10 of the Complaint.

11. Defendant denies the allegations contained in paragraph 11 of the Complaint.

12. Defendant denies the allegations contained in paragraph 12 of the Complaint.

13. Defendant denies the allegations contained in paragraph 13 of the Complaint.

14. Defendant denies the allegations contained in paragraph 14 of the Complaint. In further answer, Eldorado Lounge, Inc. and Four One Four, LLC sold beverages that passed in interstate commerce.

15. Defendant denies the allegations contained in paragraph 15 of the Complaint.

16. Defendant denies the allegations contained in paragraph 16 of the Complaint.

17. Defendant admits the allegations contained in paragraph 17 of the Complaint.

18. Defendant admits the allegations contained in paragraph 18 of the Complaint.

## FACTS

19. Defendant denies the allegations contained in paragraph 19 of the Complaint. In

further answer, Plaintiff was engaged as an exotic dancer at the Eldorado Lounge sporadically until November 2015. Plaintiff was engaged as an exotic dancer at Kings and Diamonds on one night in December 2015, at or about the time this suit was filed.

20. Defendant denies the allegations contained in paragraph 20 of the Complaint.

21. Defendant denies the allegations contained in paragraph 21 of the Complaint.

22. Defendant denies the allegations contained in paragraph 22 of the Complaint. In further answer, neither the Eldorado Lounge nor Kings and Diamonds are open more than 40 hours per week.

23. Defendant denies the allegations contained in paragraph 23 of the Complaint.

24. Defendant admits the allegations contained in paragraph 24 of the Complaint. In further answer, Defendant, Eldorado Lounge, Inc. engaged Plaintiff as an independent contractor. Defendant, Four One Four, LLC engaged Plaintiff for one night as an independent contractor. Defendant, Jackson, never engaged Plaintiff as an employee or independent contractor.

25. Defendant denies the allegations contained in paragraph 25 of the Complaint.

26. Defendant denies the allegations contained in paragraph 26 of the Complaint.

27. Defendant denies the allegations contained in paragraph 27 of the Complaint.

28. Defendant denies the allegations contained in paragraph 28 of the Complaint.

29. Defendant denies the allegations contained in paragraph 29 of the Complaint.

30. Defendant denies the allegations contained in paragraph 30 of the Complaint.

31. Defendant denies the allegations contained in paragraph 31 of the Complaint. In further answer, Plaintiff supplied her own costumes and accessories necessary for her performances.

32. Defendant denies the allegations contained in paragraph 32 of the Complaint.

33. Defendants, Eldorado Lounge, Inc. and Four One Four, LLC admit the allegations contained in paragraph 33 of the Complaint. Defendant Jackson denies the allegations contained in paragraph 33 of the Complaint.

34. Defendant denies the allegations contained in paragraph 34 of the Complaint.

35. Defendant denies the allegations contained in paragraph 35 of the Complaint, in that Plaintiff was an independent contractor.

36. Defendant denies the allegations contained in paragraph 36 of the Complaint, in that Plaintiff was an independent contractor.

FEE AND FINE SYSTEM

37. Defendant denies the allegations contained in paragraph 37 of the Complaint.

38. Defendant denies the allegations contained in paragraph 38 of the Complaint.

39. Defendant denies the allegations contained in paragraph 39 of the Complaint.

40. Defendant denies the allegations contained in paragraph 40 of the Complaint.

FEDERAL RULE 23 CLASS ACTION ALLEGATIONS

41. Defendant denies the allegations contained in paragraph 41 of the Complaint.

42. Defendant denies the allegations contained in paragraph 42 of the Complaint.

43. Defendant denies the allegations contained in paragraph 43 of the Complaint.

44. Defendant denies the allegations contained in paragraph 44 of the Complaint.

45. Defendant denies the allegations contained in paragraph 45 of the Complaint.

46. Defendant denies the allegations contained in paragraph 46 of the Complaint.

47. Defendant admits the allegations contained in paragraph 47 of the Complaint.

48. Defendant admits the allegations contained in paragraph 48 of the Complaint.

49. Defendant denies the allegations contained in paragraph 49 of the Complaint.

50. Defendant denies the allegations contained in paragraph 50 of the Complaint.

51. Defendant denies the allegations contained in paragraph 51 of the Complaint.

52. Defendant denies the allegations contained in paragraph 52 of the Complaint.

COLLECTIVE ACTION ALLEGATIONS

53. Defendant denies the allegations contained in paragraph 53 of the Complaint.

54. Defendant denies the allegations contained in paragraph 54 of the Complaint. In further answer, Defendants, Eldorado Lounge, Inc. and Four One Four, LLC are two (2) separate entities that operate separate and distinct businesses.

55. Defendant denies the allegations contained in paragraph 55 of the Complaint.

56. Defendant denies the allegations contained in paragraph 56 of the Complaint.

57. Defendant denies the allegations contained in paragraph 57 of the Complaint.

58. Defendant denies the allegations contained in paragraph 58 of the Complaint.

59. Defendant denies the allegations contained in paragraph 59 of the Complaint.

60. Defendant denies the allegations contained in paragraph 60 of the Complaint.

COUNT I

61. Paragraph 61 of the Complaint does not require an affirmative response.

62. Defendant denies the allegations contained in paragraph 62 of the Complaint.

63. Defendant denies the allegations contained in paragraph 63 of the Complaint.

64. Defendant denies the allegations contained in paragraph 64 of the Complaint

65. Defendant admits the allegations contained in paragraph 65 of the Complaint

66. Defendant denies the allegations contained in paragraph 66 of the Complaint.

67. Defendant denies the allegations contained in paragraph 67 of the Complaint.

68. Defendant denies the allegations contained in paragraph 68 of the Complaint.

69. Defendant denies the allegations contained in paragraph 69 of the Complaint

### COUNT TWO

70. Paragraph 70 of the Complaint does not require an affirmative response.

71. Defendant denies the allegations contained in paragraph 71 of the Complaint.

72. Defendant denies the allegations contained in paragraph 72 of the Complaint.

73. Defendant denies the allegations contained in paragraph 73 of the Complaint.

74. Defendant denies the allegations contained in paragraph 74 of the Complaint.

75. Defendant denies the allegations contained in paragraph 75 of the Complaint.

76. Defendant denies the allegations contained in paragraph 76 of the Complaint.

77. Defendant denies the allegations contained in paragraph 77 of the Complaint.

78. Defendant denies the allegations contained in paragraph 78 of the Complaint.

### COUNT THREE

79. Paragraph 79 of the Complaint does not require an affirmative response.

80. Defendant denies the allegations contained in paragraph 80 of the Complaint.

81. Defendant denies the allegations contained in paragraph 81 of the Complaint.

82. Defendant denies the allegations contained in paragraph 82 of the Complaint.

83. Defendant denies the allegations contained in paragraph 83 of the Complaint.

### FIRST AFFIRMATIVE DEFENSE

84. That each of the three counts in the Complaint fail to state a claim upon which

relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

85. That each of the three counts in the Complaint are barred by the applicable statute(s) of limitations.

## THIRD AFFIRMATIVE DEFENSE

86. Defendants have make payment to Plaintiff for all monies due Plaintiff.

## FOURTH AFFIRMATIVE DEFENSE

87. Defendants claim as a set off of Plaintiff's claim for wages, all monies paid by Defendants and each of them to Plaintiff pursuant to the Independent Contractor Agreement between Plaintiff and Eldorado Lounge, Inc. and Plaintiff and Four One Four, LLC, in that Plaintiff's repudiation of the Independent Contractor Agreement(s) is actionable as a breach of contract and/or claim for unjust enrichment.

WHEREFORE, Defendant, requests that the Complaint be dismissed with costs assessed to the Plaintiffs.

## ELECTION OF JURY TRIAL

Defendants elect to have all issues in this matter tried before a jury.

/s/_____
PETER A. PREVAS
Bar No: 11564
Prevas and Prevas
American Building, Suite 702
231 East Baltimore Street
Baltimore, MD 21202
410-752-234-ph
410-332-0474-fax
prevasandprevas@verizon.net
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 10th day of January 2016, I mailed, first class, postage prepaid, a copy of the foregoing that was electronically filed with Gregg C. Greenberg, Esquire and Jason D. Friedman, Esquire, Zipin, Amster & Greenberg, LLC, 836 Bonifant Street, Silver Spring, MD 20910, Counsel for Plaintiff.

 

/s/_____
PETER A. PREVAS