IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF MARYLAND

MAURLANNA BRAXTON, et al.

       Plaintiffs,

   vs.                                  Case No.

ELDORADO LOUNGE, INC., et al.     1:15-cv-3661-ELH

       Defendants.


                  Thursday, October 13, 2016

                  Silver Spring, Maryland


    Deposition of KENNETH ANTONIO JACKSON, the witness, called for examination by counsel for the defendants, pursuant to notice, held at the offices of Zipin, Amster & Greenberg, LLC, 8757 Georgia Avenue, Suite 400, Silver Spring, Maryland 20910, beginning at 11:19 a.m., before Patricia A. Edwards, a Notary Public in and for the State of Maryland, when were present on behalf of the respective parties:

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                           10

1   promotions?

2        A.          You promote a show of artists.  You might

3   bring in a comedian.  You might bring in an R&B

4   artist.  You might bring in any type of artist.

5   You promote it, sell the tickets and you make money

6   off it.

7        Q.          Would this be -- this would at venues other

8   than the Eldorado Lounge?

9        A.          At times.

10       Q.          Mostly around the Baltimore City area?

11       A.          Yes.

12       Q.          Are you the sole member of Eldorado Lounge

13   or I'm sorry, strike that.  Are you the president

14   of Eldorado Lounge, Incorporated?

15       A.          Yes.

16       Q.          Are there any other officers of that

17   entity?

18       A.          Yes.

19       Q.          Who are the other officers?

20       A.          Wife and I think daughter.

21       Q.          How long has your wife been an officer?

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                    11

1      A.        Since probably in the past -- I don't

2   remember.  You know I don't remember when I added

3   her.

4      Q.        What is your wife's name?

5      A.        Amelia.

6      Q.        Amelia?

7      A.        Jackson.

8      Q.        Jackson.  So, her role is vice president?

9      A.        Her role is just to fill the seat.  I ran

10  and operating.  Any decisions made I made.

11     Q.        Okay.  You run and operate the Eldorado

12  Lounge, Incorporated?

13     A.        Yes.

14     Q.        And you've done that for how long?

15     A.        What I said earlier, about 28 years.  Ever

16  since the '80s.

17     Q.        Okay.

18     A.        The late '80s.

19     Q.        Do you have any affiliation with 414 LLC?

20     A.        Yes.

21     Q.        What is -- is it true that 414 LLC does

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                    12

1  business as King and Diamonds?

2      A.      Yes.

3      Q.      In Baltimore City, Maryland?

4      A.      Yes.

5      Q.      What is your affiliation with that entity?

6      A.      I invested in it.

7      Q.      You are an investor?

8      A.      Yes.

9      Q.      Are you a member of it?

10     A.      Yes.

11     Q.      Are the sole member of that LLC?

12     A.      No.

13     Q.      Do you know who the members of that LCC

14 are?

15     A.      William Shepherd.  That's it.

16     Q.      You and William Shepherd?

17     A.      Yes.

18     Q.      Do you know what the ownership interest

19 divide is in that entity?

20     A.      Fifty, fifty.

21     Q.      It's 50/50.  Who operates the day to day of

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                     13

1  414; if you know?

2      A.        William.

3      Q.        In what capacity do you -- are you involved

4  in the operation of that entity?

5      A.        Absolutely none.

6      Q.        All decisions are made entirely by Mr.

7  Shepherd?

8      A.        Yes.

9      Q.        You just have an ownership percentage of

10 that?

11     A.        Exactly.

12     Q.        Do you happen to know what the annual

13 revenue of Eldorado is?

14     A.        It's under $500,000.

15     Q.        In 2015 it was?

16     A.        Yes.

17     Q.        In 2015 --

18     A.        In 2015, I think it was three something.

19     Q.        You think it was three something?

20     A.        Pretty much, you'd have to read the tax

21 return.  I think it's three something.  I'm not

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                    14

1  sure, but it wasn't over $400,000.

2      Q.        It's less than $400,000?

3      A.        Yes.

4      Q.        Okay.  That was 2015, you said for

5  Eldorado?

6      A.        Yes.

7      Q.        In 2014, do you know what the revenue was

8  for Eldorado?

9      A.        No, but I believe it was under $500,000,

10  but I would have to look at the tax returns.

11     Q.        In 2013, do you know what the annual

12  revenue of Eldorado was?

13     A.        I would just be guessing.  You know we

14  would have to look at it.

15     Q.        Do you believe it was less than $400,000?

16     A.        No, it probably was over $400,000, but less

17  than $500,000.  But, we would have to look at them.

18     Q.        If you don't know the answer and I'm sorry

19  I didn't say this in the beginning?

20     A.        Well, I don't know the answer just to give

21  you an accurate number.  But, I would have to get

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                          15

1  the documents in front of me to let you know.

2      Q.       And do you know for 2012 what the annual

3  revenue would have been?

4        MS. WOOD:  Objection.

5        THE WITNESS:  No.

6      Q.       Okay.

7      A.       I mean I just would be making up numbers.

8      Q.       Okay.  In 2015, do you know what the annual

9  revenue of 414 would have been?

10     A.       It's under $500,000.  I can't recall.  I

11  think it's $300 and something there too, because

12  they're kind of neck and neck in revenue.

13     Q.       So, you think -- you do not believe that

14  from 2012 to 2015 the revenue of 414 was ever

15  $500,000?

16     A.       I don't -- I can't tell you until I look at

17  it.

18     Q.       Okay.

19     A.       I mean do you want me to estimate it?

20     Q.       I don't want you to guess, you're under

21  oath.  If you don't know that's a fine answer?

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                                17

1      Q.         And this individual-- does he have a sole

2  practice or is he part of a larger CPA firm?

3      A.         He's got partners.

4      Q.         Is he in Baltimore City?

5      A.         Elton, Maryland.  Elton, Maryland.

6      Q.         Elton, E-L-T-O-N?

7      A.         Yeah.

8      Q.         And this is -- so you would give him the

9  profit/loss statements and all the revenue reports

10  and he would prepare the tax returns?

11     A.         I had a bookkeeper that did that and she

12  would send it to him or his secretary whatever,

13  whoever was doing the work.

14     Q.         Mr. Greenberg did the taxes for both 414 as

15  well as Eldorado?

16     A.         Yes.

17     Q.         And has been doing that for at least the

18  past five years?

19     A.         Yes.

20     Q.         Is there the same bookkeeper that does the

21  books for both entities?

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                    19

1  forgot Karen's last name.  But the bookkeeper has

2  been the same.

3      Q.       So, you think for a long period of time up

4  until through 2014 at both 414 and Eldorado Karen

5  kept the books?

6      A.       Yes.

7      Q.       And Karen would have dealt directly with

8  Mr. Greenberg in preparing filing of the tax

9  returns?

10     A.       I think she dealt directly with somebody in

11 his office.  I mean I don't think Don do books

12 anymore.  You know it's the people in his office

13 does it.

14     Q.       But, Karen was an employee of --

15     A.       No.  She wasn't an employee of his.

16     Q.       Of yours?

17     A.       Yes.

18     Q.       Karen was an employee of 414 or Eldorado?

19     A.       She would do the books for 414 and

20 Eldorado.  She was the bookkeeper.

21     Q.       Was she an employee or a contractor?

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                    21

1  Are you in charge of paying the bills for Eldorado

2  Lounge?

3       A.        Yes.

4       Q.        Has that been your job duty for the past

5  five years?

6       A.        Yes.

7       Q.        You review the receivables -- you receive

8  the payables and all that and pay the various

9  bills?

10        MS. WOOD:  Objection.  Asked and answered.

11       Q.        You can answer the question.

12       A.        I write the checks, yes.

13       Q.        And do you do the same at 414?

14       A.        Will and I write the checks depending on if

15  the bill come in one of us write it.

16       Q.        Is there an advertising budget for either

17  414 or Eldorado?

18       A.        No.

19       Q.        There's no advertising?

20        MS. WOOD:  Objection.  Asked and answered.

21        MR. GREENBERG:  It was actually a completely

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                     23

1      Q.       Do you remember the names of any of these

2  individuals?

3      A.       You know I don't get that actively involved

4  with that you know.  Will took care of most of

5  that.  You know so I mean when guys come in they

6  want to rent the club, they rent it.  I'm not

7  interested in who rent it.

8      Q.       Well, for 414 it makes sense that it was

9  Will, but do people regularly rent out Eldorado?

10     A.       They rent both clubs out.

11     Q.       Okay.  And what type of shows are they

12 rented out for?

13     A.       Rap shows, comedy shows, you know R&B

14 shows, dance, bachelor parties, birthday parties,

15 office parties, all kind of events.  I mean we host

16 every event you can think about.

17     Q.       About how many nights a year are events

18 being held at Eldorado?

19     A.       Every week.

20     Q.       Once a week?

21     A.       At least.  I mean we -- some of the dances

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                         26

1  kinds of entertainment.  Some of them come in.

2  Some of them like to work on rap nights.  Some of

3  them don't.

4       Some of them like to work on comedy nights.

5  Some of them don't.  They come when they want.  We

6  don't have a schedule.  We've never had a schedule.

7  They're just entertainers.  They come and they go.

8       Q.       So, any night that Eldorado is open there's

9  an exotic dancer performing?

10      A.       Not every night.

11      Q.       Are there certain nights that exotic

12  dancers are not permitted to perform at the club?

13      A.       They are always a welcome.  You know if

14  somebody promoted a club unless somebody got a

15  birthday party.  We have parties and they didn't

16  want dancers there at all.  You know it depends on

17  what they want.

18      If they don't want dancers then we would let

19  them rent it.  If they do want dancers we would

20  rent it to them.  But, you know they come when they

21  want.

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                              27

1        Q.        Is the operation similar at the 414 club?

2        A.        Yes.

3        Q.        Are dancers performing every night that the

4   414 club is open?

5        A.        Not every night.  Some nights they got

6   parties.  It depends.

7        Q.        Okay.

8        A.        I mean it's not like we operate solely on

9   them.  We've got other things we do.  They're just

10  one form of entertainment.  There's multiple

11  entertainment, not just them.  Whether they come

12  there or not, it doesn't matter.  We still operate

13  and still sell liquor.

14       Q.        On nights that there are not promotions at

15  414 and Eldorado for the last three or four years,

16  are there always exotic dancers at the clubs?

17       A.        Not always, no.

18       Q.        There are --

19       A.        Some nights they don't come.  I have nights

20  I see no dancers.  They don't show up.

21       Q.        Okay.  Are those generally Monday or

1  Tuesday nights, or it could be any night?

2      A.      It could be any night.

3      Q.      In 2015, about how much money does it cost

4  per month to run the Eldorado club?

5      A.      I don't know.

6      Q.      More than $1,000 a month?

7      A.      You want me to say something that I don't

8  have the figures in front of me, I'm not going to

9  do that.  I don't know.

10     Q.      You don't know?

11     A.      No.

12     Q.      Okay.  In 2014, do you know how much it

13 cost per month to operate the Eldorado club?

14     A.      No.

15     Q.      In 2013, you know how much it cost per

16 month?

17     A.      No.

18     Q.      I understand your answers can be no, but I

19 just want to ask the question to which you can

20 answer however you choose for legal --

21     A.      I can answer it if I had the paperwork.

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                          29

1  You want me to say something that I don't have in

2  front of me.  I don't know.  I would have to look

3  at it.  Look at the documents, look at the checks,

4  look at all the stuff that we spend.  I don't know.

5        Q.        What does Eldorado typically spend money on

6  to operate the club?

7        A.        Gas and electric, rent, insurance, payroll,

8  booking fees.

9        Q.        Anything else you can --

10       A.        Maintenance.

11       Q.        Anything else you can think of?  Security?

12       A.        Security.

13       Q.        Does Eldorado ever serve food?

14       A.        No.

15       Q.        Alcohol?

16       A.        Yes.

17       Q.        Is the alcohol leased or is it purchased?

18       A.        It's purchased.

19       Q.        So, another expense would be the purchase

20  of alcohol?

21       A.        Yes.

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                    30

1      Q.       Would another expense be furniture?

2      A.       I guess if they broke or something and we

3 had to replace it.

4      Q.       It's not regularly replaced?

5      A.       I mean if it wears out then you've got to

6 replace it.

7      Q.       So, for Eldorado the operational costs that

8 I have written down are gas and electric, rent,

9 insurance, payroll, booking fees, maintenance,

10 security, and the purchase of alcohol.  Can you

11 think of any other costs?

12     A.       I don't know.  You know I can't -- you know

13 basically some of the fees I mean for example some

14 of them bills get shared.  It's not just us paying

15 them.  Like security, some of the entertainers pay

16 for their own security.

17       Also, the entertainers pay their own music

18 person because they create music for them.  So,

19 some of the bills are shared and some of the

20 maintenance bills are shared when they break

21 mirrors and when they break stuff, a lot of those

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                          37

1  tells them when to leave.  They dance anywhere they

2  want, Florida, Atlanta, everywhere.  Nobody

3  controls them.

4        They do what they want.  They come and go

5  when they want.

6      Q.       If during that time period one of the clubs

7  needed more dancers because it had more customers

8  would dancers be asked to move from the Eldorado

9  club to the King of Diamonds club?

10     A.       Not by me.

11     Q.       It is possible that any of the other

12  management would have asked them?

13     A.       I don't know.  I doubt it because they go

14  wherever they want to go.

15     Q.       In the past five years has Eldorado had

16  more or less the same management structure?

17     A.       Yes.

18       MS. WOOD:  Objection.  Lack of foundation.

19  Go ahead.

20       THE WITNESS:  Yes.

21     Q.       And first let's talk about Eldorado.  At

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                    38

1  the top of that -- you have been the president of

2  the Eldorado club; correct, for that time period?

3      A.       I have ran the Eldorado for the past 28

4  years or so.

5      Q.       In a hierarchy who would be directly below

6  you as far as helping make decisions?

7      A.       There's nobody below me.

8      Q.       Are there any other managers at the

9  Eldorado club?

10      A.       I make the decisions.  There's managers,

11  but I am the one that makes all the decisions.

12      Q.       At the Eldorado club who have the managers

13  been in the past five years?

14      A.       I'm the manager.

15      Q.       You had referred to other individuals that

16  were managers?

17      A.       Floor managers, there are other people that

18  do operate the bob, but I am the person that runs

19  and operates the bob.

20      Q.       Who have been the floor managers at the

21  Eldorado club in the past five years?

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                                48

1          THE WITNESS:  What do you mean by that?

2      Q.        Do they fill out an application?  Do they

3  do an interview?

4      A.        Sure.  They got -- the state requires that

5  they fill out an application, ID and a contract.

6  That's what the State of Maryland asks them to do.

7  We've had that on file for everybody that works

8  there.

9      Q.        Okay.  Who is in charge of that process for

10  the past five years?

11      A.        It's always been whoever was the bartender.

12      Q.        Is in charge of --

13      A.        They're the ones that interview and I've

14  never talked to them.  It's always the bartender.

15  He never -- we don't even meet them half the time.

16      Q.        Okay.

17      MR. GREENBERG:  What you have shown has been

18  marked as Exhibit 1.  Do you recognize this

19  document?

20      (The document referred to was marked for

21  identification as Jackson Deposition Exhibit Number

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                          49

1  1.)

2        THE WITNESS:  Yes.

3     Q.        Is this the application that you were

4  referring to that the dancers fill out prior to

5  dancing at the Eldorado club?

6     A.        Yes.

7     Q.        Okay.  Is there somewhere that you got this

8  form from?  Did you download it from the internet,

9  do you recall?

10    A.        No.

11    Q.        You don't recall?

12    A.        No.

13    Q.        Were there other variations of this

14 employment application or --

15    A.        It was probably bought with the

16 applications, but I don't know which was -- when it

17 was used.

18    Q.        Okay.

19    A.        But, I'm sure over the years there had to

20 be different applications.

21    Q.        Is the same form used at both the King of

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                    50

1  Diamonds club as well as the Eldorado club?

2      A.       Sometimes.

3      Q.       Are you aware that this document says

4  employment application on it?

5      A.       I see that.

6      Q.       Okay.  And above the signature block on the

7  bottom of the page, it says if this application

8  leads to employment, it refers to an employment

9  relationship, do you understand that right?

10      MS. WOOD:  Objection.  Go ahead and answer.

11      THE WITNESS:  Well, I also see that it

12  applied for a position as an entertainer which if

13  there's any position it's about a sales position

14  because we sell drinks.  I mean entertainment is

15  something that they do for their own self.  They're

16  their own entertainer.  They promote themselves.

17  Her desired salary is millions.

18      That's what she said.  She came in March 24,

19  '14.  She said she worked there 2012.  Then they

20  say starting salary millions.  Ending salary even

21  more millions. Job title entertainer.

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                    56

 1 the business of selling drinks.  You're trying to

 2 make it into the business of dancing.  We're in the

 3 business of selling liquor.  We provide multiple

 4 entertainment.  You're trying to make it as though

 5 that's all we do and that's not the truth.

 6      The truth is -- you check my website for

 7 years, you'll see what we do.  But, what you're

 8 saying is not the truth.  How we operate is not how

 9 every other club operates.  Every club is

10 different.  We operate off of commissions.  They

11 are paid to sell drinks.

12      But, you say in your complaint they never

13 were paid.  Somebody is lying.  The documents show

14 what they were paid.  I bought you there to the

15 club to look at the records.  You could over each

16 and every state for the years.  You chose not to do

17 it.  You looked at one thing.

18      You didn't go through the records.  I

19 extracted it, sent it to you.  If you don't believe

20 what I got out of that, come there yourself and go

21 through every single day like I did three times.  I

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                    57

1  left the records still there on the floor.  They

2  get paid commission.  It's not like they don't come

3  in there and don't get no money.

4       We don't ask them to come in there to dance.

5  They choose to come in there to perform.  But, what

6  we do is sell liquor.  That's what our business is.

7  We sell liquor.  Whether it's a rap artist, whether

8  it's a comedian, whether it's a porn star, we sell

9  liquor.  That's what we do.  I don't care if them

10 dancers come in or not because we have other

11 entertainment.

12      Football games, basket -- march madness.

13 We've got pool tournaments.  We got multiple

14 entertainment not just dancers.  Every club don't

15 operate the same.  You might think that, but they

16 don't.  Everybody is different how they operate

17 their business.  We sell drinks and not only do we

18 sell it, I monitor each and everything they sell.

19      We got a card with a number to it, assigned

20 to the dancers.  So, that's how we know what they

21 made.  That's how we know when they come in.  The

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                    60

1      Q.        Is there any required previous dancing

2  skill or training required to dance at the club?

3      A.        We don't train them, no.

4      Q.        Prior to letting them dance at the club, do

5  you require that the dancers have any particular

6  training or skill?

7      A.        The only skill I hope that they have is

8  salesmanship to sell drinks.  I could care less if

9  they can dance or not.  You know as long as they

10 got salesmanship and they manage themselves

11 properly you know and act accordingly, that's the

12 only thing I really care about.

13     It's not the performance because that's not

14 the only performer -- entertainment we have.  I

15 mean we not solely particular, it could be anybody.

16     Q.        Are there any questions that are asked to

17 see if the person has salesmanship or not?

18     A.        We try to look at restaurant backgrounds to

19 see if they was able to serve tables and sell -- I

20 mean that would be a plus of course.  But, if they

21 worked at a retail store, Footlocker, anywhere if

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                        62

1  it's about sales.  I mean that's how you get paid

2  there is by sales.  I mean if you make tips that's

3  a plus.

4      Q.      If I understood your question -- your

5  answer correctly during the relevant time period

6  you were also saying you had to make sure that they

7  act properly or some variation of that?

8      A.      No, I didn't say that they act properly.  I

9  said that if they sell we try to get them to sell.

10  You know that's what we expect.  You asked me what

11  do I expect out of them, I expect them to sell.

12  You know I mean that's what we there for.  We're

13  there to sell drinks.

14      That's the only requirement.  We were just

15  talking about requirements.  If they don't sell,

16  then they don't make no money.  But, if they do

17  sell, they make money.  I mean that's not counting

18  the tips.  They've always made tips, but we get

19  none of that.

20      We get none of the lap dance money.  That's

21  their money.  What -- some dancers don't seem like

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                    64

1  promote their own shows, the ones that have got the

2  entrepreneur spirit.  Then you've got others that

3  don't have it.

4       They just have -- they just want to come in

5  and make the money and leave.  Then you got some

6  that's real business people.

7       Q.       At the time that the dancer is brought on

8  to dance and sell does the club go over the rules

9  of the club with the dancer?

10      MS. WOOD:  Objection.  Lack of foundation.  Go

11 ahead and answer.

12      THE WITNESS:  The only rules that is required

13 is the state law that the liquor board requires us

14 to file. I've got to inform them what the liquor

15 board rules are and what the city rules are.  No

16 prostitution.  No drug transactions.  No on the

17 stage -- getting off the stage nude.  You know

18 there's certain rules that's governed by the City

19 of Baltimore and it's governed by the State of

20 Maryland that we have to follow.

21      No matter who is in the club.  I can't let

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                      65

1   them come in and break the law.  You know so if

2   they want to break the law, then of course we're

3   not going to let them be there.

4       Q.        Do your bartenders watch to make sure that

5   the laws are not to be broken?

6       A.        That's what their job and everybody who is

7   there, I'm there, or when I'm there, that's our --

8   you know we make sure there is no law being broken.

9   I do my best.  I can't prevent everything, but I

10  try to do my best.

11      Q.        Have you met every one of the plaintiffs in

12  this case?

13      A.        Yes.

14      Q.        You can identify them if you saw them?

15      A.        Yes.

16      Q.        Do you know them by their given name or

17  primarily by their --

18      A.        Now, I do.

19      Q.        Now you do.  So, when I refer to Ms.

20  Braxton, you know who I'm talking about?

21      A.        I know exactly.

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                          66

1      Q.       Ms. Braxton has alleged in the complaint

2   that she started working at the Eldorado club in or

3   about December 2012 and stopped working there in or

4   about December 2015; do you agree with those dates?

5      A.       No.

6      Q.       What dates do you believe that she worked?

7      A.        I submitted the paperwork that we had on it

8   that shows that she came in '14 and I've read in

9   your paperwork that I interviewed her and that's a

10  lie.  You know, I never interviewed none of them.

11  None of them dancers.  I mean because they told you

12  that I did, but I didn't, you know.

13      And secondly, you've got -- Lucky says she

14  was working at the Eldorado in 2009.  That's a lie.

15  I didn't even meet her until 2013 and when I met

16  her it was at King of Diamonds.  It's a lie.  She's

17  not in any of our paperwork.  It's a lie.  They

18  lied.

19      Q.       So, I understand your answer to be as to

20  Ms. Braxton that --

21      A.        No, that's not true.

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                          77

1  it to you the way it is.

2       Q.        Who did you hear this from?

3       A.        I heard it from Will.  He was standing

4  right there.  He came back and told me.

5       Q.        Mr. Shepherd heard her say this?

6       A.        Yes.

7       Q.        Do you know who Ms. Gamble is?

8       A.        I know who she is.  That's Lucky.

9       Q.        Okay.  And Ms. Gamble has alleged that she

10 worked for the time period 2009 to January of 2016?

11      A.        That is a complete lie.

12      Q.        Why do you say that?

13      A.        Because I've never met the girl until 2013.

14 She never worked at the Eldorado.  She was always a

15 block dancer.  She never came up there.  Never.

16 She came up there later when she wanted to do shows

17 on Sundays and Mondays and I let them rent the club

18 that night, which they collected the money and kept

19 it.

20          Contrary to what they are saying, but that's

21 what they did.

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                    78

1      Q.      Did she work at the King of Diamonds club

2  then prior to the time period that --

3      A.      That's where she started at.  I mean

4  obviously she danced at other places, but that's

5  where I met her at, at King of Diamonds.  Not at

6  the Eldorado.

7      Q.      Do you know if she was working at King of

8  Diamonds in 2009 going forward?

9      A.      No.  King of Diamonds didn't open until

10  2012.

11     Q.      Okay.

12     A.      That's a lie.  It opened January 7, 2012.

13     Q.      And you don't believe you ever met Ms.

14  Gamble until --

15     A.      I know I didn't meet her.  I know I did not

16  meet her in 2009, '10, '11 or '12.  I didn't know

17  the girl.

18     Q.      Do you recall meeting her in 2013?

19     A.      I don't remember the exact date, but I know

20  it was in 2013 because they were doing the shows in

21  2014.  You know, no, I don't know her.  I didn't

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                                    81

1   plaintiffs in this case, as far as when they danced

2   at the Eldorado club, are the records that were

3   produced to me and I'm going to show you examples

4   of them?

5          MR. GREENBERG:  Exhibit 5, these are the

6   records you have for the -- strike that.  These are

7   examples of the records that you have for when the

8   dancers danced at Eldorado club; correct?

9        (The document referred to was marked for

10  identification as Jackson Deposition Exhibit Number

11  5.)

12         THE WITNESS:  Yes.  This was transferred from

13  the cash register tapes to this.

14       Q.        Okay.  So, was the same tracking system in

15  place during the relevant time period 2013, '14,

16  '15?

17       A.        Yes.

18       Q.        Okay.  Was the same tracking process used

19  at both the Eldorado club as well as the King of

20  Diamonds club?

21       A.        Yes.

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                          82

1      Q.        Describe how the system works?  An

2  individual dancer would come into the club.  She

3  would presumably sign in somewhere.  Can you

4  explain that process to me?

5      A.        They would come in.  They would go to the

6  dressing room, get prepared, get dressed, whatever

7  they're going to do.  Sometimes they would be back

8  there hours.  Sometimes they would be back there

9  two hours.  You know then they come out on the

10  floor.  They sign them in.

11      Q.        You said they signed them in?  What does

12  that mean?

13      A.        They come on the floor to let the bartender

14  know they are on the floor.

15      Q.        That's what you mean by signing in?

16      A.        Yeah.  They sign them in because we have to

17  know everybody that comes in the club.  I mean

18  we've been doing this for years.  This was

19  instructed by my accountant for tracking records

20  for commissions.  You know so we had to do that.

21      Q.        That's fine.  So, when they were signed in

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                    83

1  are they signed in on a POS system through the cash

2  register?

3      A.        Both.  Both.  On the POS system it's a card

4  that has a number with their name on it.  You know

5  and every time they sell something or whatever it's

6  registered to their number and then it's

7  transferred.  I mean if they're already signed in

8  because that's how we know who is working.

9         So, then they would go and they would go on

10  and transfer the money to it.  They would write

11  down what they were paid.

12      Q.        So, you said they were already signed in

13  already.  Where was the first place that the dancer

14  would sign in?

15      A.        At the bartender at the bar.  When they

16  leave out -- they don't sign in until they get

17  dressed when they're ready to dance or whatever

18  they are going to do.

19      Q.        Okay.

20      A.        So, when they come on the floor that's when

21  they sign in.

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                                    90

1  want to make sure I'm not using the wrong one?

2      A.        We use tip in.

3      Q.        Tip in?

4      A.        Tip in.

5      Q.        Is there a set amount that a dancer would

6  pay a tip in per night?

7      A.        It depends on -- the tip in goes towards

8  booking shows and goes towards repairs and stuff

9  like that and the DJs and stuff like that.  During

10 the week sometimes it's not a tip in.  You know,

11 but on a weekend there's almost always a tip in.

12     You know because they have to pay for their

13 own security, their own staff.  They have to pay

14 for that.  And the house mom that they talk about,

15 the dancers brought that person in.  You know they

16 wanted them there.  That wasn't something that I

17 did.  You know they brought -- they wanted that

18 person to come in and because she caters to all

19 their needs.

20     She goes to the store for them so they give

21 her $5.  That's what they did.  Collectively, they

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                    91

1  do it.

2      Q.        The tip in amount, you said is sometimes

3  not assessed on weekdays?

4      A.        Well, some of them during the week it's

5  probably hardly ever a tip in.  You know, but on

6  weekends there is a tip in and on shows there is a

7  tip in because the money goes towards booking that

8  entertainment.  And it goes towards the hotel fees.

9  It goes towards the plane fares.  It goes toward --

10 they have to put some kind of investment in their

11 show.  They can't just come in there and make money

12 and don't put no money towards producing the show

13 that they make a ton of money off of.

14      I can show you pictures where they made

15 thousands of dollars.  Thousand on stage, but they

16 have to put some kind of investment in the

17 production of the show.  I'm just not going to put

18 my money out and then they make all the money.  It

19 doesn't work that way.  You know so they have to

20 put up some money towards these shows and towards

21 their hotel fees and towards their plane fare,

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                    95

1      A.        Well, see every night they didn't pay.

2  That's the whole thing.  He's asking about is there

3  any documentation on what they're paid at any given

4  time I guess.

5        MS. WOOD:  I don't believe that's what he is

6  asking.  Could you clarify the question?

7      Q.        The question is, is there a document that I

8  can see that would show how much of a tip in is

9  paid by a dancer on a given night during the

10  relevant time period?

11      A.        There should be.  I don't see why there

12  wouldn't be.

13      Q.        Okay.  Now, is that a handwritten document

14  or is that a cash register receipt?

15      A.        It's a handwritten document.  I mean the

16  bartenders will write it down when they sign in.

17  It's not -- the cash register is what they got

18  paid.  Whatever went in that register and whatever

19  the register paid them.

20      Q.        That's what is on Exhibit 5?

21      A.        Yes.  Right.

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                        96

1      Q.        So, you believe you have in your possession

2  the amounts of tip ins paid by the dancers?

3      A.        I would -- I'm going to tell you that I'm

4  going to go through the records, that's what I'm

5  going to do, but at the same time I'm going to

6  narrow it down.  It's whatever you ask for I turned

7  it over.  I don't have a problem with that because

8  I feel that we aren't doing nothing wrong.

9          I'm sitting here like I'm doing something

10 wrong, like I'm breaking the law.  That's what I

11 feel like.  I feel like I'm being persecuted for

12 nothing by paying my taxes, by working.  I feel

13 like I'm being persecuted.  I feel like that we're

14 being robbed.  That's what I feel.

15         I work every day.  I work hard for my money.

16 Every day, 18 hours a day, seven days a week.  I

17 don't just not work.  I provide jobs for some of

18 the people that couldn't get a job no other place.

19     Q.        All right.  So, I'm going to write just to

20 supplement and we can move beyond that.  You think

21 on the weekends there was typically a tip in?

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                    97

1      A.         Unless it was extremely slow.  If it was

2   extremely slow that's the only time there wouldn't

3   be one on weekends.

4      Q.         Okay.

5        MS. WOOD:  Okay.  Hold it.  Please wait until

6   he finishes the question.

7        THE WITNESS:  All right.

8      Q.         How much was the tip in?

9      A.         Thirty-five dollars.

10     Q.         Was it ever more than $35?

11     A.         Only if it's a special event or promotions.

12  You know if it's a promotion then the dancers would

13  voluntarily put towards booking the dancer or I

14  mean whoever we bring in.  If it's a rap star,

15  whoever the person is, they would voluntarily put

16  in because I wasn't going to do it.

17       They wanted to bring in special people so we

18  would share the costs.

19     Q.         Was the tip in ever higher if the dancer

20  arrived at the club later?

21     A.         No.

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                          98

1      Q.        So, if --

2      A.        The got one for that rate.

3      Q.        It was always $35 no matter what time the

4  dancer arrived?

5      A.        It didn't matter.  Some of them come in at

6  12:00 o'clock.  We're talking about the Eldorado;

7  right?

8      Q.        Yes, sir.

9      A.        Yeah.

10      Q.        Did the system work differently at the King

11  of Diamonds club?

12      A.        You would have to ask Will, but I don't

13  think so.  You know, I mean he charged probably

14  less than we did because I know he was doing $25.

15  You know so, but he had more dancers too.

16      Q.        Other than the tip in was there any other

17  amount that a dancer would pay to the club to on an

18  evening that they would be dancing?

19      A.        No.  I mean that covered the DJ.  That

20  covered the security.  That covered any repairs

21  because they're always breaking something.  You

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                              99

1  know any mirrors that they break or anything that

2  they put their cigarettes on and burn it or

3  anything that needs to be repaired, all of that

4  went towards that.  And it went towards booking

5  entertainment.

6      Q.        The next column on the Exhibit says pay

7  rate.  So, the dancers at the Eldorado club could

8  dance on stage; correct?

9      A.        Yes.

10     Q.        And on stage if they got money that was

11 their money to keep; correct?

12     A.        Yes.

13     Q.        And in addition to dancing on stage the

14 dancers as you said sold drinks; correct?

15     A.        Correct.

16     Q.        What were the prices of the different

17 drinks?

18     A.        They ran from $20 to $500, depends.

19     Q.        Was it discretionary or were there set

20 amounts for a particular drink?

21        MS. WOOD:  Objection.  Go ahead and answer.

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                              100

1      THE WITNESS:  The drinks are already

2   pre-programmed inside of the thing.  I mean they

3   got an option.  They can sell $20.  They could sell

4   $30, $40, that's up to them.  Whatever they think

5   they can get somebody to buy for them.  You know,

6   so I mean we've got areas that if a person is

7   pouring a $50 drink, he could say it and then they

8   do their lap dances, they keep that money.

9      That's how they make their money.  And they

10  get 50 percent of the sale of the drink.

11     Q.      I just need to understand this a little bit

12  better.  I'm sorry.  What does a customer get for a

13  $20 drink?

14     A.      He gets nothing, but -- he sits there and

15  talks to her.

16     Q.      Okay.

17     A.      What do you think he's supposed to get?

18     Q.      A beer, a wine?

19     A.      He's buying the dancer a drink.

20     Q.      He buys the dancer a drink?

21     A.      Right.

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                              110

1  and then we can finish --

2      A.        There's $10, $20, $30, $50, $100.  I think

3  there's a $150.  I think there's a $200.  There's a

4  $300 and a $500.

5      Q.        Who sets these prices?

6      A.        I set them years ago.

7      Q.        Does the club ever do promotions like two

8  for one drinks or anything like that?

9      A.        They got to have the -- you know, they did

10 two for one.  They did that.  They do a lot of

11 different things.

12     Q.        Why don't you tell me what type of

13 promotions have been done in the past three to four

14 years?

15     A.        I can't -- you have to go on the website.

16 That's too many to name.  We did every promotion

17 you could think about.  I can't remember every

18 single promotion.  I mean there's a whole lot of

19 them.

20     Q.        Well, tell me the ones you remember?

21     A.        We did happy hour.  We did dance contests.

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                                112

1      A.      Yes.

2      Q.      The question I asked is if the drink were

3 half price wouldn't the commission be one-half?

4      A.      They -- what I'm telling you is that the

5 girls drinks are never on happy hour.  It's just

6 the liquor drinks that's happy hour to bring

7 customers in.

8      Q.      As to the two for one promotion, what is

9 the two for one promotion?

10      A.      I mean that's not even something we did all

11 the time.  I mean you know we did it and there has

12 been times we did it or we did different

13 promotions.  I mean I can't remember every

14 promotion we did over the past 30 years.  I mean we

15 did them all.

16      Q.      Who do you consult when you come with these

17 promotions?

18      A.      Is there somebody I should consult?

19      Q.      I don't know, who do you talk to to come up

20 with the ideas?

21      A.      Nobody.  I might talk to a promoter if he

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                          113

1  wants to do something.

2      Q.        Okay.  You said we.  That's why I was

3  thinking is there someone that you consult with

4  when you come up with a promotion to think of a

5  good idea?

6      A.        I come up with promotions and promoters

7  come up with promotions.  Dancers come up with

8  promotions.  Everybody does.  Everybody got a

9  little piece of the pie.  Everybody comes up with

10  different ideas to bring in business.  The dancers,

11  the DJs, the promoters, everybody.  It's a

12  nightclub.

13      Q.        So, the next level of drink you were

14  talking about is $50; is that right?

15      A.        That's right.

16      Q.        What does a customer get for a $50 drink?

17      A.        He gets a booth.

18      Q.        Is there a dance in the booth?

19      A.        If he pays for the -- if he pays the girl.

20  If he paid the girl to go over there, yes.  I mean

21  you know he gets that exclusivity other than being

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                    114

1  on the bar.  If he chooses to have one of the

2  dancers come over then they go.  You know.

3       Q.        Okay.

4       A.        I mean they can sit there.  They might not

5  give them a lap dance.  Then if they do give them a

6  lap dance they get the money.

7       Q.        That's up to the dancer and the customer

8  how much is given?

9       A.        Man we can't control what them guys give

10 them girls man.

11      Q.        That's up to the customer?

12      A.        That's up to the customer and the girl.

13      Q.        But, it's not set by the club?

14      A.        We don't a dime off them lap dances.  Not a

15 penny.

16      Q.        So, the next level is $100.  What is $100

17 drink?

18      A.        It's just better area.  It's in the back.

19 I showed it to you.

20      Q.        I know.  But, we're trying to -- I know

21 we've gone over most of this when I met with you.

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                                    122

1        A.        That's probably what happened.

2        Q.        And for the remainder of the week it looks

3   like she didn't make any sales?

4        A.        That's what it looks like, yeah.

5        Q.        Now, it says fight sent home.  We just

6   don't know when that -- what time she arrived or

7   what time she left; right?

8        A.        What are you looking at?

9        Q.        April 3rd?

10       A.        Oh, okay.  That must have been the day she

11  was fighting in there or something.  I don't know.

12       Q.        Now, the only piece of the puzzle that I

13  don't have which you said you are going to

14  supplement is an additional column that would

15  include that if a $35 tip in was or was not paid on

16  that evening; correct?  That is the only additional

17  information as to how much she ended up with at the

18  end of the night?

19       MS. WOOD:  Objection.  Go ahead.

20       THE WITNESS:  I mean they do ask them how

21  much money they made.  They wouldn't tell you.

DEPOSITION OF KENNETH ANTONIO JACKSON
CONDUCTED ON 10/13/2016                          129

1  promotion.  You've got dancers promotions.  You've

2  got promoters promotions, clubs' promotions.

3  You've got everybody promoting and trying to get

4  people in.  We did it all.

5       Q.       Who set the hours of the club?

6       A.       I set the hours.  I opened at 8:00 and

7  closed at 2:00.

8       Q.       Why did you decide not to have a day shift?

9       A.       I worked too much man.  How much money --

10 do you work like a slave all my life?  I don't want

11 to work 18 hours a day every day.  That doesn't

12 make sense.  I did it for 30 years.  I mean come

13 on.  Why would I do that?

14      Q.       Were dancers ever fired from the club?

15      A.       If they broke the law then I didn't want

16 them in there.

17      Q.       Who handled the firing?

18      A.       If they broke the law I would instruct

19 somebody.  If they -- like if a girl got involved

20 with anything that was against the law that could

21 jeopardize those licenses then I don't want them in