| Form **1120S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0130 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. ▶ See separate instructions. | **2011** |

For calendar year 2011 or tax year beginning _____, 2011, ending _____

| | | |
|---|---|---|
| **A** S election effective date 4/01/2003 | TYPE OR PRINT — ELDORADO LOUNGE, INC. [COPY] | **D** Employer identification number [redacted] |
| **B** Business activity code number (see instrs) 722410 | | **E** Date incorporated 11/01/1973 |
| **C** Check if Sch M-3 attached ☐ | | **F** Total assets (see instructions) $ 829,338. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No   If 'Yes,' attach Form 2553 if not previously filed
**H** Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year............▶ 1

**Caution.** Include *only* trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### INCOME

| | | | |
|---|---|---|---|
| 1a | Merchant card and third-party payments. For 2011, enter -0-. | 1a | 0. |
| b | Gross receipts or sales not reported on line 1a (see instructions) | 1b | 376,674. |
| c | Total. Add lines 1a and 1b | 1c | 376,674. |
| d | Returns and allowances plus any other adjustments (see instructions) | 1d | |
| e | Subtract line 1d from line 1c | 1e | 376,674. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 39,041. |
| 3 | Gross profit. Subtract line 2 from line 1e | 3 | 337,633. |
| 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instrs — att statement) | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 ▶ | 6 | 337,633. |

### DEDUCTIONS (SEE INSTRUCTIONS)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers | 7 | 6,300. |
| 8 | Salaries and wages (less employment credits) | 8 | 21,635. |
| 9 | Repairs and maintenance | 9 | 24,525. |
| 10 | Bad debts | 10 | 6,500. |
| 11 | Rents | 11 | 53,269. |
| 12 | Taxes and licenses       SEE STATEMENT 1 | 12 | 16,617. |
| 13 | Interest | 13 | 3,942. |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 9,516. |
| 15 | Depletion (Do not deduct oil and gas depletion.) | 15 | |
| 16 | Advertising | 16 | 5,486. |
| 17 | Pension, profit-sharing, etc, plans | 17 | 3,765. |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement)       SEE STATEMENT 2 | 19 | 171,048. |
| 20 | **Total deductions.** Add lines 7 through 19 ▶ | 20 | 322,603. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | 15,030. |

### TAX AND PAYMENTS

| | | | |
|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| b | Tax from Schedule D (Form 1120S) | 22b | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| 23a | 2011 estimated tax payments and 2010 overpayment credited to 2011 | 23a | |
| b | Tax deposited with Form 7004 | 23b | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| d | Add lines 23a through 23c | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 24 | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | 0. |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| 27 | Enter amount from line 26 Credited to 2012 estimated tax _____ Refunded | 27 | |

**Sign Here** — Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ Title _____
May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date 9/11/12 | Check if self-employed ☐ | PTIN P01290925 |
| Firm's name [redacted] | | PA | Firm's EIN ▶ 52-1545078 | |
| Firm's address [redacted] | | | Phone no. 410-398-1961 | |

BAA  For Paperwork Reduction Act Notice, see separate instructions.   SPSA0105L  11/01/11

**EXHIBIT 9**

| Form **1120S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0130 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. ► Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s. | **2012** |

For calendar year 2012 or tax year beginning _____ , 2012, ending _____

| | | |
|---|---|---|
| **A** S election effective date<br>4/01/2003 | **TYPE OR PRINT**<br>ELDORADO LOUNGE, INC.<br>[address redacted]<br>COPY | **D** Employer identification number<br>[redacted] |
| **B** Business activity code number (see instrs)<br>722410 | | **E** Date incorporated<br>11/01/1973 |
| **C** Check if Schedule M-3 attached ☐ | | **F** Total assets (see instructions)<br>$ 851,520. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No  If 'Yes,' attach Form 2553 if not already filed
**H** Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change
          (4) ☐ Amended return  (5) ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year............ ► 1

**Caution.** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 490,098. |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 490,098. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 109,547. |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 380,551. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instrs — att statement) | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 ► | 6 | 380,551. |

### Deductions (see instructions)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers | 7 | 3,300. |
| 8 | Salaries and wages (less employment credits) | 8 | 28,246. |
| 9 | Repairs and maintenance | 9 | 27,745. |
| 10 | Bad debts | 10 | 310. |
| 11 | Rents | 11 | 58,200. |
| 12 | Taxes and licenses               SEE STATEMENT 1 | 12 | 6,116. |
| 13 | Interest | 13 | 1,779. |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 9,919. |
| 15 | Depletion **(Do not deduct oil and gas depletion.)** | 15 | |
| 16 | Advertising | 16 | 12,677. |
| 17 | Pension, profit-sharing, etc, plans | 17 | |
| 18 | Employee benefit programs | 18 | 1,325. |
| 19 | Other deductions (attach statement)    SEE STATEMENT 2 | 19 | 192,739. |
| 20 | **Total deductions.** Add lines 7 through 19 ► | 20 | 342,356. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | 38,195. |

### Tax and Payments

| | | | |
|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| b | Tax from Schedule D (Form 1120S) | 22b | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| 23a | 2012 estimated tax payments and 2011 overpayment credited to 2012 | 23a | |
| b | Tax deposited with Form 7004 | 23b | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| d | Add lines 23a through 23c | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | 24 | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | 0. |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| 27 | Enter amount from line 26 **Credited to 2013 estimated tax** ► _____ Refunded ► | 27 | |

**Sign Here**  Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► [signature - COPY]  Signature of officer / Date    ► PRESIDENT  Title

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date 9/26/13 | Check if self-employed ☐ | PTIN P01290925 |
|---|---|---|---|---|---|
| | Firm's name [redacted] | | | Firm's EIN ► 52-1545078 | |
| | Firm's address [redacted] | | | Phone no. [redacted] | |

BAA For Paperwork Reduction Act Notice, see separate instructions.   SPSA0105L 12/30/12                Form **1120S** (2012)

**EXHIBIT 9**

| Form **1120S** | | **U.S. Income Tax Return for an S Corporation** | | OMB No. 1545-0130 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. ► Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s. | | **2013** |

For calendar year 2013 or tax year beginning _____, 2013, ending _____

| | | | | |
|---|---|---|---|---|
| **A** S election effective date<br>4/01/2003 | **TYPE OR PRINT** | ELDORADO LOUNGE, INC.<br>[redacted]  COPY | **D** Employer identification number<br>[redacted] | |
| **B** Business activity code number (see instrs)<br>722410 | | | **E** Date incorporated<br>11/01/1973 | |
| **C** Check if Schedule M-3 attached ☐ | | | **F** Total assets (see instructions)<br>$ 833,695. | |

**G** Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☒ No  If 'Yes,' attach Form 2553 if not already filed
**H** Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year ............................................. ► 1

**Caution.** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | |
|---|---|---|---|
| **INCOME** | 1a Gross receipts or sales ........................................................ | 1a | 367,296. |
| | b Returns and allowances ....................................................... | 1b | |
| | c Balance. Subtract line 1b from line 1a ........................................... | 1c | 367,296. |
| | 2 Cost of goods sold (attach Form 1125-A) ....................................... | 2 | 53,967. |
| | 3 Gross profit. Subtract line 2 from line 1c ......................................... | 3 | 313,329. |
| | 4 Net gain (loss) from Form 4797, line 17 (attach Form 4797) ....................... | 4 | |
| | 5 Other income (loss) (see instrs — att statement) ................................. | 5 | |
| | 6 **Total income (loss).** Add lines 3 through 5 ► | 6 | 313,329. |
| **DEDUCTIONS (SEE INSTRS)** | 7 Compensation of officers (see instructions - attach Form 1125-E) ................. | 7 | 6,700. |
| | 8 Salaries and wages (less employment credits) .................................. | 8 | 34,295. |
| | 9 Repairs and maintenance ...................................................... | 9 | 7,583. |
| | 10 Bad debts .................................................................... | 10 | |
| | 11 Rents ........................................................................ | 11 | 58,835. |
| | 12 Taxes and licenses ............................................. SEE STATEMENT 1 | 12 | 10,196. |
| | 13 Interest ...................................................................... | 13 | 3,277. |
| | 14 Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 9,083. |
| | 15 Depletion **(Do not deduct oil and gas depletion.)** ............................ | 15 | |
| | 16 Advertising .................................................................. | 16 | 10,302. |
| | 17 Pension, profit-sharing, etc, plans ............................................. | 17 | |
| | 18 Employee benefit programs .................................................... | 18 | 586. |
| | 19 Other deductions (attach statement) ............................ SEE STATEMENT 2 | 19 | 196,618. |
| | 20 **Total deductions.** Add lines 7 through 19 ► | 20 | 337,475. |
| | 21 **Ordinary business income (loss).** Subtract line 20 from line 6 ................. | 21 | -24,146. |
| **TAX AND PAYMENTS** | 22a Excess net passive income or LIFO recapture tax (see instructions) .............. 22a | | |
| | b Tax from Schedule D (Form 1120S) .................................... 22b | | |
| | c Add lines 22a and 22b (see instructions for additional taxes) ..................... | 22c | |
| | 23a 2013 estimated tax payments and 2012 overpayment credited to 2013 .... 23a | | |
| | b Tax deposited with Form 7004 .......................................... 23b | | |
| | c Credit for federal tax paid on fuels (attach Form 4136) ..................... 23c | | |
| | d Add lines 23a through 23c ....................................................... | 23d | |
| | 24 Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | 24 | |
| | 25 **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | 0. |
| | 26 **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| | 27 Enter amount from line 26 **Credited to 2014 estimated tax** ►_____ Refunded ► | 27 | |

**Sign Here**  Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _____  _____  ► PRESIDENT
Signature of officer  Date  Title

May the IRS discuss this return with the preparer shown below (see instructions)?  ☒ Yes  ☐ No

| **Paid Preparer Use Only** | Print/Type preparer's name<br>[redacted] | Preparer's signature<br>[redacted] | Date<br>10/10/14 | Check ☐ if self-employed | PTIN<br>P01290925 |
|---|---|---|---|---|---|
| | Firm's name ► [redacted] | | | Firm's EIN ► 52-1545078 | |
| | Firm's address ► [redacted] | | | Phone no. [redacted] | |

BAA For Paperwork Reduction Act Notice, see separate instructions.   SPSA0105L  06/28/13   Form **1120S** (2013)

**EXHIBIT**

| Form **1120S** | | U.S. Income Tax Return for an S Corporation | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. ▶ Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s. | | **2014** |

For calendar year 2014 or tax year beginning _____, 2014, ending _____,

**A** S election effective date: 4/01/2003
**B** Business activity code number (see instrs): 722410
**C** Check if Schedule M-3 attached ☐

TYPE OR PRINT: ELDORADO LOUNGE, INC.

**D** Employer identification number: [redacted]
**E** Date incorporated: 11/01/1973
**F** Total assets (see instructions): $ 827,357.

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No   If 'Yes,' attach Form 2553 if not already filed
**H** Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year ........▶ 1

Caution. Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income
| | | |
|---|---|---|
| 1a Gross receipts or sales | 357,842. | |
| b Returns and allowances | | |
| c Balance. Subtract line 1b from line 1a | 1c | 357,842. |
| 2 Cost of goods sold (attach Form 1125-A) | 2 | 44,616. |
| 3 Gross profit. Subtract line 2 from line 1c | 3 | 313,226. |
| 4 Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| 5 Other income (loss) (see instrs — att statement) SEE STATEMENT 1 | 5 | 8,691. |
| 6 Total income (loss). Add lines 3 through 5 ▶ | 6 | 321,917. |

### Deductions (See Instrs)
| | | |
|---|---|---|
| 7 Compensation of officers (see instructions - attach Form 1125-E) | 7 | 3,600. |
| 8 Salaries and wages (less employment credits) | 8 | 24,850. |
| 9 Repairs and maintenance | 9 | 4,146. |
| 10 Bad debts | 10 | |
| 11 Rents | 11 | 65,550. |
| 12 Taxes and licenses SEE STATEMENT 2 | 12 | 100,466. |
| 13 Interest | 13 | 898. |
| 14 Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 8,859. |
| 15 Depletion (Do not deduct oil and gas depletion.) | 15 | |
| 16 Advertising | 16 | 12,609. |
| 17 Pension, profit-sharing, etc, plans | 17 | 420. |
| 18 Employee benefit programs | 18 | |
| 19 Other deductions (attach statement) SEE STATEMENT 3 | 19 | 184,724. |
| 20 **Total deductions.** Add lines 7 through 19 ▶ | 20 | 406,122. |
| 21 **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | -84,205. |

### Tax and Payments
| | | |
|---|---|---|
| 22a Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| b Tax from Schedule D (Form 1120S) | 22b | |
| c Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| 23a 2014 estimated tax payments and 2013 overpayment credited to 2014 | 23a | |
| b Tax deposited with Form 7004 | 23b | |
| c Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| d Add lines 23a through 23c | 23d | |
| 24 Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 24 | |
| 25 Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| 26 Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | 0. |
| 27 Enter amount from line 26 Credited to 2015 estimated tax ▶   Refunded ▶ | 27 | |

**Sign Here**: Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____   Title: PRESIDENT

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**: Print/Type preparer's name [redacted]   Preparer's signature [redacted]   Date 9/03/15   Check if self-employed ☐   PTIN [redacted]
Firm's name [redacted]   Firm's EIN [redacted]
Firm's address [redacted]   Phone no. [redacted]

BAA For Paperwork Reduction Act Notice, see separate instructions.   SPSA0105L 08/06/14

EXHIBIT 9

# Form 1120S — U.S. Income Tax Return for an S Corporation — 2015

Department of the Treasury / Internal Revenue Service
OMB No. 1545-0123

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s.

For calendar year 2015 or tax year beginning _____, 2015, ending _____

- **A** S election effective date: 04/01/03
- **B** Business activity code number (see instrs): 722410
- **C** Check if Schedule M-3 attached: [ ]
- **Name**: ELDORADO LOUNGE INC
- **Number, street, and room or suite no.**: [redacted]
- **City or town, state or province, country, and ZIP or foreign postal code**: BALTIMORE, MD 21239
- **D** Employer identification number: [redacted]
- **E** Date incorporated: 11/01/73
- **F** Total assets (see instructions): $ 804,324.
- **G** Is the corporation electing to be an S corporation beginning with this tax year? Yes [ ] No [X]  If 'Yes,' attach Form 2553 if not already filed
- **H** Check if: (1) Final return [ ]  (2) Name change [ ]  (3) Address change [ ]  (4) Amended return [ ]  (5) S election termination or revocation [ ]
- **I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ 1

**Caution.** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| Line | Description | | Amount |
|---|---|---|---|
| 1a | Gross receipts or sales | 352,162. | |
| 1b | Returns and allowances | | |
| 1c | Balance. Subtract line 1b from line 1a | | 352,162. |
| 2 | Cost of goods sold (attach Form 1125-A) | | 39,628. |
| 3 | Gross profit. Subtract line 2 from line 1c | | 312,534. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | |
| 5 | Other income (loss) (see instrs — att statement) | | |
| 6 | **Total income (loss).** Add lines 3 through 5 ▶ | | 312,534. |

### Deductions (see instructions)

| Line | Description | Amount |
|---|---|---|
| 7 | Compensation of officers (see instructions - attach Form 1125-E) | 19,400. |
| 8 | Salaries and wages (less employment credits) | 96,612. |
| 9 | Repairs and maintenance | 1,972. |
| 10 | Bad debts | |
| 11 | Rents | 65,437. |
| 12 | Taxes and licenses | 24,658. |
| 13 | Interest | |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 8,281. |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) | |
| 16 | Advertising | 2,930. |
| 17 | Pension, profit-sharing, etc, plans | |
| 18 | Employee benefit programs | |
| 19 | Other deductions (attach statement) . STMT | 101,784. |
| 20 | **Total deductions.** Add lines 7 through 19 ▶ | 321,074. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | -8,540. |

### Tax and Payments

| Line | Description | Amount |
|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | |
| 22b | Tax from Schedule D (Form 1120S) | |
| 22c | Add lines 22a and 22b (see instructions for additional taxes) | |
| 23a | 2015 estimated tax payments and 2014 overpayment credited to 2015 | |
| 23b | Tax deposited with Form 7004 | |
| 23c | Credit for federal tax paid on fuels (attach Form 4136) | |
| 23d | Add lines 23a through 23c | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ [ ] | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | |
| 27 | Enter amount from line 26 **Credited to 2016 estimated tax** ▶ _____  Refunded ▶ | |

**Sign Here**: Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: [redacted]   Date: _____   Title: PRESIDENT

May the IRS discuss this return with the preparer shown below (see instructions)? [X] Yes  [ ] No

**Paid Preparer Use Only**
- Preparer's signature: [redacted]
- Date: _____
- Check if self-employed: [X]
- PTIN: P00260700
- Firm's name: [redacted]
- Firm's address: [redacted], MD 21202
- Firm's EIN: [redacted]
- Phone no.: [redacted]

BAA   For Paperwork Reduction Act Notice, see separate instructions.   SPSA0112   08/13/15

EXHIBIT 9