0683

License Number: **LBD7 234**

The Board of Liquor License Commissioners for Baltimore City certifies that:

**Licensee(s):**   ROSALIE D JACKSON   ASHANTI JACKSON

**Corporation:**   ELDORADO LOUNGE, INC.
**Trade Name:**   CLUB ELDORADO
**Address:**   4100-02 LOMBARD STREET EAST   21224

**Scope of License:**

Has been granted the privilege and is hereby licensed to keep for sale and to sell **Beer, Wine, & Liquor** only on the premises designated above for consumption on the above premises and elsewhere.

The privileges hereby granted may be exercised at any time except from 2am to 6am daily unless such hours shall be further extended or limited by law.

**License Effective:**   05/01/2016 and Ending 04/30/2017

**Portion of Build licensed and Restrictions:**

USE PREMISES AS AN ADULT ENTERTAINMENT BUSINESS, FIRST FLOOR -ADULT ENTERTAINMENT & 2ND FLOOR FOR STORAGE & LOCKER ROOMS

NO MINORS PERMITTED ON PREMISES. THE FOLLOWING PERSONS ARE BARRED FROM PREMISES IN ANY CAPACITY: GEORGE KRAMER, JIM CERECOLA, SR., CARMEL CERECOLA, JAMES CERECOLA, JR. & ALICE AYERS.

*Issued by Authority of the*
*Board of Liquor License Commissioners for Baltimore City*

**License fee:**   $1,320.00


EXHIBIT 19