1  you know I'll have to check it when it comes to my

2  attention.  I mean they're supposed to fill it out.

3  I mean that's what the rules are.  They are

4  supposed to fill it out.

5      Q.      The third thing I think I heard you say

6  that needs to be handed in by the applicant is a

7  picture ID; is that correct?

8      A.      Yes.

9      Q.      Are there --

10     A.      A Maryland driver's license or you know it

11 has to be a certified ID, passport or something

12 like that.

13     Q.      And this is all handed into the bartender

14 if I understand correctly?

15     A.      Yes.

16     Q.      Okay.  And at that point does the bartender

17 have the dancer do an audition or anything like

18 that?

19     A.      They don't do auditions.

20     Q.      There are not auditions to dance?

21     A.      No.  See what you don't understand we're in

EXHIBIT 34